IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

JUANITA D. BLACKMON,            )
                                )
       *Plaintiff,*          )
                                )
v.                              )    Case No. 09-2546-EFM
                                )
U.S.D. 259 WICHITA PUBLIC       )
SCHOOL DISTRICT, *et.al.,*      )
                                )
       *Defendants.*        )
_____ )

**ORDER DISMISSING CASE**

On February 15, 2011, this Court entered an Order finding that Plaintiff had failed to properly serve Defendant U.S.D. 259, and gave her until March 7, 2011 in which to effect service in lieu of dismissing the case. That order warned Plaintiff that failure to serve Defendant by that date would result in the Court dismissing her complaint. Service was not made, so on March 16, 2011 Defendants moved for an Order to Show Cause why the case should not be dismissed. On March 17, 2011, the Court issued an Order to Show Cause by March 31, 2011 why the case should not be dismissed in it's entirety for failure to serve Defendant as ordered.

On March 31, 2011, Plaintiff filed her response, not to the Court's order, showing cause why the case should be not be dismissed, but to the Defendant's motion. Her response does not address the issue of serving Defendant, but makes a disjointed argument for recusal of this Judge. As best the Court can discern, recusal is sought because Plaintiff believes the Judge's prior rulings show bias or prejudice against her, and because the Judge "has an inherent conflict having financial interest in the Wichita Public Schools as he joined the public schools [sic] bond campaign as Trustee Chairman of Leadership Wichita."

Adverse rulings in a case are not grounds to find bias in that case. While it is true that years ago this Judge was chairman of a school's bond campaign,[1] it was not for the defendant school district here, U.S.D. 259. None of these arguments are responsive to the Show Cause Order regarding whether Plaintiff has timely served Defendant. She has not, and so pursuant to the Court's earlier rulings, this case should be and hereby is dismissed.

**IT IS THEREFORE ORDERED** that this case is DISMISSED for failure to serve Defendant.

**IT IS SO ORDERED**.

Dated this 1st day of April, 2011.

*Eric F. Melgren*

ERIC F. MELGREN
UNITED STATES DISTRICT JUDGE

---

[1] And also true, although wholly unrelated, that he was Trustee Chairman of Leadership Wichita.